IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:11-cv-01420 MRH |
| ) | |
| MEREDITH PARENTE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT PROPOSED SUPPLEMENTAL VOIR DIRE

Plaintiff, United States of America, and Defendant, Meredith Parente, by and through the undersigned attorneys, hereby respectfully submit the following Joint Proposed Supplemental Voir Dire:

## JOINT PROPOSED VOIR DIRE NO. 1

Have you, a relative, or a close friend ever been employed by or are you currently seeking employment with the Office of the United States Attorney, Department of Justice, Federal Bureau of Investigation, or the law office of Lawrence Paladin, Esquire?

COURT ACTION: _____

## JOINT PROPOSED VOIR DIRE NO. 2

Are you, or any member of your immediate family, employees, former employees, stockholders, or volunteers at Planned Parenthood of Western Pennsylvania?

COURT ACTION: _____

**JOINT PROPOSED VOIR DIRE NO. 3**

Are you, or any member of your immediate family, employees, former employees, stockholders, or volunteers at any reproductive health services facility?

COURT ACTION: _____

**JOINT PROPOSED VOIR DIRE NO. 4**

Have you or any member of your family been charged with a crime, convicted of a crime, or been the subject of a criminal investigation?

COURT ACTION: _____

**JOINT PROPOSED VOIR DIRE NO. 5**

Have you ever been the subject of an investigation, or been questioned in any matter, by an agency of the federal, state, or local government?

If so, please describe.

COURT ACTION: _____

**JOINT PROPOSED VOIR DIRE NO. 6**

Do you know any of the potential witnesses, including Jessica Dickinson Goodman or Dave Green?

COURT ACTION: _____

                                                  Respectfully submitted,

Date: 10/16/12                     */s/Aaron S. Fleisher*
                                                  AARON S. FLEISHER
                                                  MICHELLE L. LEUNG
                                                  Trial Attorneys
                                                  United States Department of Justice
                                                  Civil Rights Division
                                                  Special Litigation Section
                                                  950 Pennsylvania Avenue, N.W.
                                                  Washington, DC  20530
                                                  (202) 514-6255
                                                  (202) 514-6903 (fax)
                                                  aaron.fleisher@usdoj.gov
                                                  Counsel for Plaintiff


                                                  */s/ Lawrence G. Paladin, Jr.*
                                                  Lawrence G. Paladin, Jr., Esq.
                                                  PA ID #44799
                                                  PALADIN LAW OFFICES, P.C.
                                                  FIRM #913
                                                  10700 FRANKSTOWN ROAD, SUITE 305
                                                  PITTSBURGH, PA 15235-3066
                                                  412/244-0826
                                                  412/244-1690 (facsimile)
                                                  lpaladin@verizon.net
                                                  Counsel for Defendant